DONNA R. NEWMAN, P.A.
ATTORNEY AT LAW
445 PARK AVENUE, 14TH FL.
NEW YORK, NEW YORK 10022
(O) (212) 229-1516
(FAX) 212-207-3854

March 6, 2006

**via ECF and first class mail**
Honorable Allyne R. Ross
United States District Court Judge
United States District Court for the
Eastern District of New York
United States Court House
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Duhaney v. Mazzuca**
           **1:04-CV-01746(ARR)**

Dear Judge Ross:

I acknowledge receipt of Assistant District Attorney Amy Appelbaum's proposed schedule in reference to the above-captioned matter. I am writing to amend slightly Ms. Applebaum's proposed schedule to the following:

    Respondent's submission due on or before March 21, 2006;
    Petitioner's reply due on or before April 3, 2006;
    Hearing-April 19, 2006.

This request for additional time is made as I would like to meet with Mr. Duhaney to prepare him for the hearing and before replying to Respondent's submission. In addition, I will need to have investigation done in preparation for the hearing.

I thank your Honor for your kind consideration of this request.

Respectfully submitted,

Donna R. Newman
DRN/ad
cc:    ADA Amy Applebaum, Esq.-via ECF and 1st class mail
       Maurice Duhaney-via 1st class mail

---

*[Handwritten annotation, diagonal across page:]* Application granted in part. Proposed briefing schedule is adopted in its entirety, but hearing is to be scheduled for Tuesday, April 18, 2006 at 10:00am. SO ORDERED. Allyne R. Ross, USDJ. March 7, 2006. cc: counsel.